UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW J. CONWAY, | No. C 11-2144(EDL) |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| JANICE BRESSLER AND WENDY DEVINE, | |
| Defendants. | |

The parties to this action hereby STIPULATE AND AGREE that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a). Each party will bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: May 11, 2011

MELINDA L. HAAG
United States Attorney

JUAN D. WALKER
Special Assistant United States Attorney
Attorneys for Defendant United States

DATED: May 11, 2011

ANDREW J. CONWAY
Plaintiff Pro Se

[PROPOSED] ORDER

The Stipulation of Dismissal is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 06/14/2011

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte